IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-323-13 |
| ALONZO JONES | : | |

## **ORDER**

This 15th day of September, 2015, it is **ORDERED** that Defendant Alonzo Jones can join in co-defendant's pretrial motions.

        /s/ Gerald Austin McHugh
        Gerald Austin McHugh, J.