IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 14-323-13 |
| | : | |
| ALONZO JONES | : | |

# ORDER

This 21st day of April, 2021, it is hereby **ORDERED** that Defendant's Motion for Compassionate Release (ECF 1239) is **DENIED in part.** Mr. Jones' request for early release is denied; the remainder of the motion remains under consideration.

        /s/ Gerald Austin McHugh
        United States District Judge