IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION NO. 14-323-13** |
| | : | |
| **ALONZO JONES** | : | |

This 22nd day of April, 2021, for the reasons in the accompanying memorandum, as to the remaining issues raised by Defendant's Motion for Compassionate Release, ECF 1239, it is hereby **ORDERED** the motion is **DENIED in full.**

       /s/ Gerald Austin McHugh
       United States District Judge